UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED, <br><br> Plaintiff, <br><br> v. <br><br> ALCON LABORATORIES, INC., ALCON MANUFACTURING, LTD., AND ALCON RESEARCH, LTD. <br><br> Defendants. | ) ) ) ) ) CIVIL ACTION NO. 4:09-CV-32 ) ) ) ) ) ) ) ) |

## ORDER OF DISMISSAL

The parties have filed a Stipulation of Dismissal advising the court that the parties have agreed to dismiss all claims in this action with prejudice. In consideration of this Stipulation, it is hereby ORDERED that:

1. Elan Pharma International Limited's Complaint is dismissed with prejudice.

2. Defendants' Counterclaims are dismissed with prejudice.

3. The court shall retain jurisdiction over the parties to adjudicate any issues or disputes arising from the settlement.

4. Each party shall bear its own costs, expenses and attorneys' fees.

**SIGNED this the 17th day of May, 2011.**

*Richard A. Schell*
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE